USDC...
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ELSIE SOTO,

                Plaintiff,                19 **CIVIL** 4307 (GWG)

-v-                            **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 20, 2019, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
          December 27, 2019

                                                RUBY J. KRAJICK
                                                Clerk of Court
                                      BY:
                                                Deputy Clerk

                                          THIS DOCUMENT WAS ENTERED
                                          ON THE DOCKET ON 12/27/2019